# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

United States of America,
    Plaintiff,

v.                        Case No. __1:12cr043-1__
                               Judge Michael R. Barrett

__Tracy Bias,__

    Defendant.

## CRIMINAL SENTENCING MINUTES
### Judge Michael R. Barrett

Courtroom Deputy: Barbara Crum
Court Reporter: Maryann Maffia, Official      9:37-9:39 / 11:23-11:29
USPO: Laura Jensen      = 1:25
Date: May 21, 2014      Time: Commenced      Concluded 9:39      Total 10:56
United States Attorney: Tim Oakley      Defendant Attorney: John Keller / Peter Link

____ Dft found to be Guilty by Jury on Count(s) _____ of Indictment
✓ Dft plead to Count(s) __1__ of Indictment (Sup.) / Information

**Procedure:**

✓ Sentencing
✓ PSI reviewed by the parties. ✓ PSI adopted.
____ No Objections ✓ Objections ____ Plaintiff ✓ Defendant - sustained
✓ Considered for sentencing ( ____ letter(s) from _____
    ___ Motion by USA/Dft (___ side bar held/___ sealed)
    ✓ Plf sentencing memo / ___ PSI (Doc. 242)
    ✓ Dft sentencing memo / ___ PSI (Doc. 229) - Sealed
    ✓ Mitigation ✓ Dft Cnsl Statement ✓ Dft Statement ✓ Plf Statement
    ___ Other Statements

***

**Sentencing:**

✓ Defendant sentenced      ✓ Fine $ 2,500 (interest waived)
____ Probation ____ Years      ✓ Special Assessment $ 100.00
✓ Custody 168 Months (remanded/vol sur.)      ____ Restitution $ ____ (interest waived)
    ✓ Forfeiture (see below)

✓ Supervised Release 10 Years ( 120 Mo.)
✓ Standard/Special Conditions of Sup'd Rel/Probation

| ✓ No firearms/ criminal conduct/DNA | ✓ drug testing/ alcohol | ✓ UNICOR | ✓ mental health | ✓ forfeiture (Doc. 240) |
|---|---|---|---|---|
| ✓ nearest SDOH | ✓ Bond modified to house arrest | ✓ reports after 7/15/14 | | |

✓ Dismissal of Counts (Motion/Order) presented - to be presented

✓ Informed of Defendant's Right to Appeal      ✓ phone line functional - USPTS to establish cm cutions

✓ Clerk to Prepare Appeal Notice
    ✓ Δ has 30 days to challenge forfeiture (by 7/15/14 @ 3pm)
    ✓ Obj's presented by Δ cnsl + response by π cnsl