# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:12-CR-043-1 |
| Plaintiff, | : | JUDGE BARRETT |
| v. | : | **ORDER FOR DISMISSAL** |
| TRACY BIAS, | : | |
| Defendant. | : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Ohio hereby dismisses Counts 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, and 12 of the Superseding Indictment pending against the defendant, **TRACY BIAS** and Counts 1-12 of the Indictment.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Timothy D. Oakley
TIMOTHY D. OAKLEY (0039965)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513)684-3711
Fax: (513)684-2047
Tim.Oakley@usdoj.gov

Leave of Court is granted for the filing of the foregoing Order for Dismissal.

5/22/2014
DATE

s/Michael R. Barrett
HONORABLE MICHAEL R. BARRETT
UNITED STATES DISTRICT JUDGE