UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tracy Bias,

    Petitioner/Defendant,

        v.                         Case No.  1:12cr043-1
                                   (1:17cv114)

United States of America,             Judge Michael R. Barrett

    Respondent/Plaintiff.

## ORDER

This matter is before the Court on Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255 (Doc. 381).

It is **ORDERED** that the Clerk serve a copy of this Order upon the United States Attorney, such service to constitute notice to answer or otherwise plead to the complaint pursuant to Rule 4(b) and 5 of the rules governing Section 2255 within **twenty-one (21) days** of the date of this Order.

    **IT IS SO ORDERED.**

                                             *s/Michael R. Barrett*
                                             Michael R. Barrett
                                             United States District Judge